**Order entered October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01141-CV

## IN THE INTEREST OF M.J.K., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-55553-2009**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's Motion to Abate Provisions of Final Order and Motion to Give

Appeal Precedence.


/s/     CRAIG STODDART
          JUSTICE